

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2019

No. 04-18-00697-CV

Lois S. **CANTU**,
Appellant

v.

Chad **HANCHEY** and Alyka Hanchey,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCN-16-0000163
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On August 27, 2019, appellant filed a motion for rehearing. After consideration, we **DENY** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court